AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****  DISTRICT OF  NEVADA

DELASK PITTMAN,

      Petitioner,

V.

RENEE BAKER, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:10-CV-00447-RCJ-RAM

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**x** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice. FURTHER ORDERED that a certificate of appealability is DENIED, as jurists of reason would not find the dismissal of the present petition without prejudice to be either debatable or wrong.

August 12, 2010

                                  **LANCE S. WILSON**
                                      Clerk

                                  /s/ M. Campbell
                                  Deputy Clerk